**IT IS HEREBY ADJUDGED and DECREED this is SO ORDERED.**

The party obtaining this order is responsible for noticing it pursuant to Local Rule 9022-1.

**Dated: December 02, 2009**



_____
**RANDOLPH J. HAINES**
U.S. Bankruptcy Judge
_____

**TIFFANY & BOSCO**
P.A.

**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

09-25591/118673920

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>Manuel J. Lopez, Sr. and Rosalva Diaz Lopez<br>      Debtors.<br>_____<br>BAC Home Loans Servicing, L.P. fka Countrywide Home Loans Servicing, L.P.<br>      Movant,<br>  vs.<br><br>Manuel J. Lopez, Sr. and Rosalva Diaz Lopez, Debtors, Russell A. Brown, Trustee.<br>      Respondents. | No. 2:08-bk-15561-RJH<br><br>Chapter 13<br><br>ORDER<br><br>(Related to Docket #23) |

Movant's Motion for Relief from the Automatic Stay and Notice along with the form of proposed Order Lifting Stay, having been duly served upon Respondents, Respondents' counsel and Trustee, if any, and no objection having been received, and good cause appearing therefor,

IT IS HEREBY ORDERED that all stays and injunctions, including the automatic stays imposed

by U.S. Bankruptcy Code 362(a) are hereby vacated as to Movant with respect to that certain real property which is the subject of a Deed of Trust dated March 1, 2006 and recorded in the office of the Maricopa County Recorder wherein BAC Home Loans Servicing, L.P. fka Countrywide Home Loans Servicing, L.P. is the current beneficiary and Manuel J. Lopez, Sr. and Rosalva Diaz Lopez have an interest in, further described as:

> THE FOLLOWING REAL PROPERTY SITUATED IN MARICOPA, COUNTY, ARIZONA: LOT 67, PONDEROSA HOMES WEST UNIT ONE, ACCORDING TO BOOK 155 OF MAPS, PAGE 47 RECORDS OF MARICOPA COUNTY, ARIZONA.
>
> FOR INFORMATIONAL PURPOSES ONLY: THE APN IS SHOWN BY THE COUNTY ASSESSOR AS 102-20-306 4; SOURCE OF TITLE IS DOCUMENT NO. 99-0405193 (RECORDED 04/28/99)

IT IS FURTHER ORDERED that Movant may contact the Debtor(s) by telephone or written correspondence regarding a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtors. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtors if Debtors' personal liability is discharged in this bankruptcy case.

IT IS FURTHER ORDERED that this Order shall remain in effect in any bankruptcy chapter to which the Debtor may convert.

DATED this ____ day of _____, 2009.

                                                                                        _____
                                                                                        JUDGE OF THE U.S. BANKRUPTCY COURT